ACCEPTED
15-25-00058-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 4:19 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00058-CV**

In the Fifteenth Court of Appeals
at Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 4:19:37 PM
CHRISTOPHER A. PRINE
Clerk

THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM,
Appellant

v.

BE&K BUILDING GROUP, LLC.
Appellee

On Appeal from Cause No. 20-002171-CV-272
in the 272nd District Court of Brazos County, Texas

Notice of Appearance

Frank A. Domino
State Bar No. 24038864
**MEHAFFYWEBER P.C.**
2615 Calder, Suite 800
Beaumont, Texas 77702
Telephone: (409) 835-5011
Facsimile: (409) 835-5177
frankdomino@mehaffyweber.com

COUNSEL FOR APPELLEE BE&K
BUILDING GROUP, LLC.

To the Honorable Fifteenth Court of Appeals:

## Notice of Appearance

Frank A. Domino makes this appearance as additional counsel for Appellee BE&K Building Group, LLC. Frank A. Domino respectfully requests that all notices and documents filed in this matter be served on him in accordance with the Texas Rules of Appellate Procedure.

Respectfully submitted,

By: */s/ Frank A. Domino*
    Frank A. Domino
    State Bar No. 24038864
    **MEHAFFYWEBER P.C.**
    2615 Calder, Suite 800
    Beaumont, Texas 77702
    Phone: (409) 835-5011
    Fax: (409) 835-5177
    frankdomino@mehaffyweber.com

    COUNSEL FOR APPELLEE, BE&K
    BUILDING GROUP, LLC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this Notice of Appearance was served upon the following counsel via electronic service on May 5, 2025 in accordance with the Texas Rules of Appellate Procedure:

Jacob Beach
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-6407 Telephone
jacob.beach@oag.texas.gov
Counsel for Appellant

William H. Farrell
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-2650 Telephone
(512) 320-0667 Fax
biff.farrell@oag.texas.gov
Counsel for Appellant

Thomas O. Crist
Benesch, Friedlander, Coplan & Arnoff, LLP
200 PUBLIC SQ., STE. 2300
CLEVELAND, OH 44114
(216) 363-4500 – Telephone
(216) 363-4588 – Fax
tcrist@beneschlaw.com

/s/   *Frank A. Domino*
Frank A. Domino

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Frank Domino
Bar No. 24038864
FrankDomino@MehaffyWeber.com
Envelope ID: 100457948
Filing Code Description: Other Document
Filing Description: Notice of Appearance
Status as of 5/5/2025 4:25 PM CST

Associated Case Party: BE&K Building Group, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Frank Domino | 24038864 | frankdomino@mehaffyweber.com | 5/5/2025 4:19:37 PM | SENT |
| Thomas Crist | 24119645 | tcrist@beneschlaw.com | 5/5/2025 4:19:37 PM | SENT |
| Jonathon Korinko | | jkorinko@beneschlaw.com | 5/5/2025 4:19:37 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 5/5/2025 4:19:37 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 5/5/2025 4:19:37 PM | SENT |
| Jacob Beach | | jacob.beach@oag.texas.gov | 5/5/2025 4:19:37 PM | SENT |